Judy Magana
Address: 3136 El Porvenir Way
San Ysidro, CA 92173
Phone Number: 213 713 2692
E-mail Address: Judy7174@AOL.com

```
FILED
APR 1 3 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

Pro se Plaintiff Judy Magana

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY MAGANA,<br><br>Plaintiff,<br><br>v.<br><br>EASTLAKE DESIGN DISTRICT, LLC, a California Limited Liability Company; SD FLY VENTURES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendants. | CASE NO. 18CV0262 BEN JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE, WITH PREJUDICE**<br><br>Complaint Served: March 1, 2018<br><br>Trial Date: None Set<br>Judge: Hon. Roger T. Benitez<br>Hon. Jill L. Burkhardt, referral |

# CERTIFICATE OF SERVICE

Judy Magana v. Eastlake Design LLC, *et al.*

Case No: 18CV0262 BEN JLB

I, Judy Magana, declare as follows: I am over the age of eighteen years and am the Plaintiff in this case. I am a resident of the County of San Diego, California, where the mailing occurs. I further declare that on the date indicated below, I served the following documents by depositing them in the U.S. Mail:

- **Notice of Voluntary Dismissal**

I further declare that I placed a true and correct copy of the document in a separate envelope addressed as follows:

Simpson Delmore Greene LLP

Ross M. Poole

600 W. Broadway, Suite 400

San Diego, CA 92101

I then sealed the envelope and, with postage thereon fully prepaid, I placed it for deposit with the United State Postal Service, this same day, at my address above, following the ordinary course.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *Judy Magana*

Name: Judy Magana

Address: 3136 El Porvenir Way, San Ysidro CA 92173

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:** I am the Plaintiff in this matter. I instructed my attorneys at the Center for Disability Access to dismiss this case, but they have not done so. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I hereby voluntarily dismiss the entire action, with prejudice. Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> (a) Voluntary Dismissal.
>> (1) By the *Plaintiff*.
>>> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>>> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendants have neither answered my Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully Submitted,

Dated: April 11, 2018

By: _/s/ Judy Magana_
Judy Magana
Pro se Plaintiff